BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration, Office of the General Counsel
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
     Social Security Administration, Office of the General Counsel
     160 Spear St Ste 800
     San Francisco, CA 94105
     Telephone: (415) 977-8982
     Facsimile: (415) 744-0134
     E-Mail: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI ADAM BELLEW,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:13-cv-01343-GSA<br><br>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF; ORDER THEREON<br><br>(Doc. 11) |

Because Defendant's counsel was furloughed during the lapse in appropriations for executive branch agencies, he has a substantial backlog of civil litigation work, despite diligent prioritization and efforts to work through this backlog as efficiently as possible. For this reason, the parties jointly stipulate to an extension of time for Defendant to respond to Plaintiff's confidential letter brief, up to and including March 24, 2014, with all subsequent deadlines established by the Court's scheduling order also extended accordingly.

This is Defendant's first request for an extension of time in these proceedings. Defendant needs the additional time to further review the confidential letter brief, the issues it raises, and

1  the record evidence, in order to prepare a response. The parties stipulate in good faith, with no

2  intent to delay proceedings unduly.

Respectfully submitted,

3

4

5  Date: *March 3, 2014*              */s/ Brian C. Shapiro*
                                      BRIAN C. SHAPIRO
                                      Attorney for Plaintiff

6

7  Date: *March 3, 2014*              BENJAMIN B. WAGNER
                                      United States Attorney
8                                     DONNA L. CALVERT
                                      Acting Regional Chief Counsel, Region IX
9                                     Social Security Administration

10

11                                     */s/ Timothy R. Bolin*
                                      TIMOTHY R. BOLIN
                                      Special Assistant U.S. Attorney
12                                    Attorneys for Defendant

13

14                              **ORDER**

15         Pursuant to the parties' joint stipulation, and for cause shown, the Court orders that

16  Defendant shall serve her response to Plaintiff's confidential letter brief on or before March 24,

17  2014.  All subsequent deadlines established by the Court's scheduling order are extended

18  accordingly.

19

20  IT IS SO ORDERED.

21      Dated:   **March 6, 2014**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Confidential Letter Brief; Order Thereon