**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| LEVI ADAM BELLE, | ) | CASE NO. 1:13-CV-1343-GSA |
| | ) | |
| Plaintiff, | ) | **ORDER REMANDING** |
| v. | ) | **CASE PURSUANT TO** |
| | ) | **42 U.S.C. § 405(g)** |
| | ) | |
| CAROLYN W. COLVIN,[1] | ) | **ORDER DIRECTING CLERK TO** |
| Acting Commissioner of | ) | **CLOSE THIS CASE** |
| Social Security, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

 Based on the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment filed on March 17, 2014 (Doc. 13), THE COURT ORDERS that this case be remanded to the Social Security Administration for further proceedings consistent with the parties' joint stipulation, and that judgment be entered for Plaintiff.

 Upon remand, the administrative law judge will evaluate the medical source opinions, including but not limited to that of Jacki Deguzma, M.D., and provide adequate rationale for either accepting or rejecting these opinions, pursuant to 20 C.F.R. § 416.927 and Social Security Rulings (SSRs) 96-2p, 96-5p, and 96-6p; further evaluate Plaintiff's residual functional capacity, pursuant to 20 C.F.R. § 416.945 and SSRs 85-16 and 96-8p; obtain medical expert testimony, if warranted,

---

[1] Carolyn W. Colvin is substituted in as the Defendant in this case pursuant Rule 25(d) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 25(d).

1

pursuant to 20 C.F.R. 416.927(e) and SSR 96-6p; and obtain supplemental vocational expert testimony to clarify the effects of the assessed limitations on Plaintiff's occupational base, if warranted, pursuant to SSRs 83-14, 85-15, and 00-4p.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, Levi Adam Bellew, against Defendant, Carolyn W. Colvin, the Commissioner of Social Security, and close this case.

IT IS SO ORDERED.

Dated:   **March 18, 2014**                              **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE