Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Levi Adam Bellew

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-

| | |
|---|---|
| LEVI ADAM BELLEW, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:13-cv-01343-GSA <br><br> STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Levi Adam Bellew be awarded attorney fees and expenses in the amount of ONE THOUSAND THREE HUNDRED FIFTY dollars ($1,350) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1  After the Court issues an order for EAJA fees to Levi Adam Bellew, the
2  government will consider the matter of Levi Adam Bellew's assignment of EAJA
3  fees to Brian C. Shapiro.  The retainer agreement containing the assignment is
4  attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),
5  the ability to honor the assignment will depend on whether the fees are subject to
6  any offset allowed under the United States Department of the Treasury's Offset
7  Program.  After the order for EAJA fees is entered, the government will determine
8  whether they are subject to any offset.

9  Fees shall be made payable to Levi Adam Bellew, but if the Department of
10 the Treasury determines that Levi Adam Bellew does not owe a federal debt, then
11 the government shall cause the payment of fees, expenses and costs to be made
12 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
13 executed by Levi Adam Bellew.  *United States v. $186,416.00*, 722 F.3d 1173,
14 1176 (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of an
15 assignment that did not interfere with a raised superior lien).[1]  Any payments made
16 shall be delivered to Brian C. Shapiro.

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases. Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of $186,416 to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

Bellew contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 II*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

-2-

This stipulation constitutes a compromise settlement of Levi Adam Bellew's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Levi Adam Bellew and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 19, 2014            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*
BY:_____
Brian C. Shapiro
Attorney for plaintiff Levi Adam Bellew

DATED:

BENJAMIN B. WAGNER.
United States Attorney


/s/ *Timothy R. Bolin*
_____
Timothy R. Bolin
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

# ORDER

Pursuant to the above stipulation between the parties filed on March 24, 2014 (Doc. 16), it is hereby ordered that attorney fees in the amount of $1,350.00, shall be awarded to Plaintiff under 28 U.S.C. § 2412(d) (EAJA). Any EAJA fees shall be awarded subject to the terms of the stipulation.

**DATED:   March 25, 2014**                               **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE